IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CASE NO.: 1:14-BK-05064-HWV

CHER POITEVIEN,  CHAPTER 13

Debtor(s),
_____/

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF MORTGAGE PAYMENT CHANGE FILED MARCH 7, 2019**

Comes now Julian Cotton of the Padgett Law Group and hereby withdraws Ditech Financial LLC's Notice of Mortgage Payment Change filed March 7, 2019 as the notice was filed in error.

DATED this 8th day of March, 2019.

Respectfully submitted,

/s/ Julian Cotton
_____
Julian Cotton
Padgett Law Group
6267 Old Water Oak Road
Suite 203
Tallahassee, Florida 32312
(850) 422-2520 (telephone)
(850) 422-2567 (fax)
bkcrm@padgettlaw.net
Authorized Agent for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this the 8th day of March, 2019, a true and correct copy of the foregoing has been furnished by U.S. Mail and/or electronically to**:**

Debtor 1
Cher Poitevien
321 East Areba Avenue
Hershey, PA 17033

Attorney for Debtor
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

Trustee
Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036


                                                        /s/ Julian Cotton
                                                        _____
                                                        Julian Cotton