**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    CHER  POITEVIEN                               Case No.: 1-14-05064-HWV
                                                Chapter 13

              Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                             **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | DITECH |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 9165 |
| Property Address if applicable: | 321 EAST AREBA AVENUE, , HERSHEY, PA17033 |

**PART 2:**                             **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $13,418.98 |
| b. | Prepetition arrearages paid by the Trustee: | $13,418.98 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $1,156.02 |
| f. | Postpetition arrearages paid by the Trustee: | $1,156.02 |
| g. | Total b, d, f: | $14,575.00 |

**PART 3:**                             **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**                             **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 4, 2019                                    Respectfully submitted,


                                                           s/ Charles J. DeHart, III, Trustee
                                                           Standing Chapter 13 Trustee
                                                           Suite A, 8125 Adams Drive
                                                           Hummelstown, PA 17036
                                                           Phone: (717) 566-6097
                                                           Fax: (717) 566-8313
                                                           eMail: dehartstaff@pamd13trustee.com

Creditor Name:  DITECH
Court Claim Number:  05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 0050 | 1133570 | 09/02/2015 | $293.16 | $0.00 | $293.16 |
| 0050 | 1135329 | 10/06/2015 | $329.04 | $0.00 | $329.04 |
| 0050 | 1137074 | 11/04/2015 | $336.63 | $0.00 | $336.63 |
| 0050 | 1139678 | 12/03/2015 | $325.58 | $0.00 | $325.58 |
| 0050 | 1141350 | 01/07/2016 | $651.16 | $0.00 | $651.16 |
| 0050 | 1144668 | 03/02/2016 | $325.59 | $0.00 | $325.59 |
| 0050 | 1146356 | 04/06/2016 | $325.58 | $0.00 | $325.58 |
| 0050 | 1148098 | 05/04/2016 | $651.16 | $0.00 | $651.16 |
| 0050 | 1151381 | 07/07/2016 | $651.16 | $0.00 | $651.16 |
| 0050 | 1154323 | 09/01/2016 | $325.59 | $0.00 | $325.59 |
| 0050 | 1155925 | 10/05/2016 | $329.72 | $0.00 | $329.72 |
| 0050 | 1157543 | 11/02/2016 | $329.73 | $0.00 | $329.73 |
| 0050 | 1159137 | 12/06/2016 | $648.40 | $0.00 | $648.40 |
| 0050 | 1160712 | 01/12/2017 | $324.20 | $0.00 | $324.20 |
| 0050 | 1162279 | 02/08/2017 | $324.20 | $0.00 | $324.20 |
| 0050 | 1165374 | 04/12/2017 | $648.39 | $0.00 | $648.39 |
| 0050 | 1166967 | 05/11/2017 | $324.20 | $0.00 | $324.20 |
| 0050 | 1168507 | 06/13/2017 | $324.20 | $0.00 | $324.20 |
| 0050 | 1171421 | 08/10/2017 | $648.39 | $0.00 | $648.39 |
| 0050 | 1172973 | 09/19/2017 | $324.21 | $0.00 | $324.21 |
| 0050 | 1174362 | 10/11/2017 | $324.19 | $0.00 | $324.19 |
| 0050 | 1175639 | 11/08/2017 | $322.83 | $0.00 | $322.83 |
| 0050 | 1178423 | 01/11/2018 | $645.63 | $0.00 | $645.63 |
| 0050 | 1179827 | 02/08/2018 | $322.82 | $0.00 | $322.82 |
| 0050 | 1181185 | 03/08/2018 | $322.82 | $0.00 | $322.82 |
| 0050 | 1185596 | 05/15/2018 | $322.81 | $0.00 | $322.81 |
| 0050 | 1179827 | 05/21/2018 | $-322.82 | $0.00 | $-322.82 |
| 0050 | 1187022 | 06/07/2018 | $322.82 | $0.00 | $322.82 |
| 0050 | 1188326 | 07/12/2018 | $322.82 | $0.00 | $322.82 |
| 0050 | 1189744 | 08/09/2018 | $322.82 | $0.00 | $322.82 |
| 0050 | 1192369 | 10/10/2018 | $322.82 | $0.00 | $322.82 |
| 0050 | 1195112 | 12/13/2018 | $321.44 | $0.00 | $321.44 |
| 0050 | 1196543 | 01/10/2019 | $321.44 | $0.00 | $321.44 |
| 0050 | 1197766 | 02/07/2019 | $214.29 | $0.00 | $214.29 |
| 0050 | 1200259 | 04/11/2019 | $428.58 | $0.00 | $428.58 |
| 0050 | 1202925 | 06/06/2019 | $214.29 | $0.00 | $214.29 |
| 0050 | 1204287 | 07/11/2019 | $249.09 | $0.00 | $249.09 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

        CHER  POITEVIEN                     Case No.: 1-14-05064-HWV
                                                     Chapter 13

                    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 4, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

GARY J. IMBLUM, ESQUIRE                 SERVED ELECTRONICALLY
4615 DERRY STREET
HARRISBURG PA,   17111-

GREEN TREE SERVICING, LLC            SERVED BY 1ST CLASS MAIL
PO BOX 6154
RAPID CITY, SD,   57709-6154

CHER  POITEVIEN                        SERVED BY 1ST CLASS MAIL
321 EAST AREBA AVENUE
HERSHEY, PA  17033

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 4, 2019                    s/   Donna Schott
                                         Charles J. DeHart, III, Trustee
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         Fax:  (717) 566-8313
                                         eMail:  dehartstaff@pamd13trustee.com