```
Fill in this information to identify the case:

Debtor 1        Cher Poitevien

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                                           (State)
Case number 14-bk-05064-HWV
```

# Form 4100R
# Response to Notice of Final Cure                                         10/15

___

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** DITECH FINANCIAL LLC            **Court claim no. (if known):** 5
**Last 4 digits** of any number you use to identify the debtor's account: 1736

**Property address:**   321E AREBA AVE
                        Number    Street

                        HERSHEY, PA 17033
                        City              State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $_____

### Part 3: Postpetition Mortgage

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
1
The next postpetition payment from the debtor(s) is due on:    12/1/2019
                                                               MM/DD/YYYY

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:              + (b) $_____

c. Total. Add lines a and b.                                                   (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:
                                      MM/ DD/ YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                   page 1

| Debtor 1 | Cher Poitevien | | | Case number *(if known)* | 14-bk-05064-HWV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in
Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges
expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the
following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies.

X  /s/ Kevin Buttery                                   Date 11/22/2019
   Signature

Print      Kevin Buttery                                Title Authorized Agent
           First Name    Middle Name    Last Name

Company    RAS Crane, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    10700 Abbott's Bridge Road, Suite 170
           Number         Street

           Duluth, GA 30097
           City           State          ZIP Code

Contact    470-321-7112                                 Email kbuttery@rascrane.com

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 22, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

Cher Poitevien
321 East Areba Avenue
Hershey, PA 17033

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

RAS CRANE, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com